UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------- x
::
KAYCI L. RAMSEY,:
:
*Plaintiff*:
: Civil Action No. 3:23-CV-00189-KRG
v,:
:
CAPTIVEAIRE,:
:
*Defendant.*:
--------------------------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Joseph H. Chivers<br>Joseph H. Chivers<br>jchivers@employmentrightsgroup.com<br>The Employment Rights Group LLC<br>100 First Avenue, Suite 650<br>Pittsburgh, PA 15222<br><br>*Counsel for Plaintiff*<br>*Kayci L. Ramsey* | s/ Maria Greco Danaher<br>Maria Greco Danaher, Esq.<br>Maria.danager@ogletree.com<br>Patrick J. Fazzini, Esq.<br>Patrick.fazzini@ogletree.com<br>Ogletree Deakins<br>One PPG Place, Suite 1900<br>Pittsburgh, PA 15222<br><br>*Counsel for Defendant*<br>*CaptiveAire* |

DATED: March 8, 2024

AND NOW, this 11th day of March, 2024.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE